

Ex A



Ex A 3







EX A 6

Manta, April 27th, 2016

I, Angel Rafael Macias Pico, with ID 130154972-9, certify that I know Mr. Alberto Bienvenido Molina Pico with ID 130866072-7, as a very honorable, responsible person, whom I have known from a very young age for over 20 years has been able to care for his mother due to the fact that he grew up without a father; he has worked since he was 14 years old in order to support his mother, who doesn't have her own house and he is the only one that helps her; currently he has his family who needs him since he is the only one that was working; and he provided for expenses and for the rent for the home, he had to move to another city in search of work, which didn't work out to well for him because they stole from him what little he had to work with, all his fishing gear, this is a man of few resources, he has been a very good person since his childhood, he helped in every possible way, his neighbors, friends, he was always on top of everything, he didn't have any vices , now his mother needs him more than ever, she is in poor health, does not have anybody to support her and with the earthquake that happened in Ecuador in Manabi – Manta her house was destroyed.

The family needs him, his children cry when they don't hear from him and because they are not able to have him with them.

Wherefore Mr. Alberto Bienvenido Molina Pico is authorized to make use of the current document according to his best interest.

Please take this into consideration.

Sincerely,

(signed)

*I hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability. S/. Ricardo Arenas Federally Certified Court Interpreter – Cert. # 06-005.*

*Ex Comp B*

## CERTIFICATE OF HONOR

Hereby:

I, Maria Magdalena Macias Mera, of Ecuadorean Nationality, with ID Nº 130449470-9, 66 years of age, hereby certify that I know Mr. Alberto Bienvenido Molina Pico, with identification number 130866072-7 and who resides in the City of Manta, Parrish of Los Esteros, La Pradera Township.

Because of the way that I have known him since he was a child, I certify that he is a prestigious, serious and responsible person with a high sense of honor, he since a very young age has been the sustenance of his family, he was raised alongside his mother, because he never had the support of his father.

We make a plea to your great spirit of generosity, begging you in this moment through which our country Ecuador is going through, due to the earthquake that happened on April 16th, 2016, which devastated our city, due to the fact that this is a family of scarce resources and Mr. Alberto Molina is the main head of the family who is responsible for his mother, his wife and children who need him now more than ever.

The referenced person can make use of this document as he may deem suitable.

Sincerely,

(signed)
Maria Magdalena Macias Mera
ID 130449470-9

*I hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability. S/. Ricardo Arenas Federally Certified Court Interpreter – Cert. # 06-005.*

(EX Comp B)

I, IVAN ALIRIO MOREIRA MERA, with ID 130960020-1, certify that I know Mr. ABERTO BIENVENIDO MOLINA PICO, with ID 130866072-7, as a person who is very responsible in terms of his duties to the household, to his friends, to his work in which in order to provide daily sustenance to his family he worked as a fisherman, also helping his mother Mrs. IRMINA PICO who has health problems.

Mr. Alberto Molina doesn't own land or a house, because what little he earned was for the support of his family (wife, children and mother).

I can attest as to his honesty, he is a good person, a companion, who whether busy or not would always be eager to help whenever needed, be it the neighbors or persons unknown to him, he always would give a helping shoulder, he was very humanitarian, he did not have any vices, everything he did was for his family it was his only love, he was always present at every event of his children, he always found a way to be present with his wife at the school where their children participated in events at which he was very happy to see their smiles.

In simple words Mr. Alberto Molina is a humble person with a big heart, a person who is very loved and who we greatly miss, especially his family.

His children need him, his wife, mother are very desolate, their smile is no longer the same.

Please take this into consideration.

Thank you.

Sincerely,


(signed)
130960020-1

*I hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability. S/. Ricardo Arenas Federally Certified Court Interpreter – Cert. # 06-005.*



... Monserrate Macias-Macias, ID 130484903-5 of Ecuadorean Nationality.

I appear in support of and to affirm as to my knowledge regarding Mr. Alberto Bienvenido Molina Pico, ID # 130866072-7, who is also the father of a family. I have known him for over 10 years and can assure that he is a good man who struggles on behalf of his loved ones, what happened to him was a total surprise to me because I know him and would have never imagined the Financial situation through which he was going as well as the illnesses of his children; I don't judge him because he is a good neighbor and what he did, he did it perhaps because of the situation through which he was going and he allowed himself to be influenced by the mistaken advice of evil people, he is a responsible honest person and I found it hard to believe that it may have been of his own free will I can assure that he is not that type of person because he helps out the neighbors and I ask that you help him, more so now because of what happened with the earthquake in Ecuador because of the tragedy and the belongings that the family lost and now more than ever his wife and children need him I beg that you help him.

Sincerely,

(signed)
Letty Elizabeth Macias M.
ID 130484903-5

*I hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability. S/. Ricardo Arenas Federally Certified Court Interpreter – Cert. # 06-005.*



I Lauro Benjamin Alvarez Espinales of Ecuadorean citizenship ID 130540444-2 certify that Mr. Alberto Bienvenido Molina Pico with ID 130866072-7, is an honorable, honest, humble and responsible person. Especially with his family, in all honesty of very limited Financial Resources.

For this reason I submit this referral because of the grave situation that we are going through in Ecuador, his family needs him more than ever, his children and his wife have lost their belongings, for this reason I would ask for solidarity regarding my petition.

Sincerely,

(signed)
Lauro Alvarez E.

ID 130540444-2

*I hereby certify that this is a faithful and true translation, from Spanish to English, to the best of my knowledge and ability. S/. Ricardo Arenas Federally Certified Court Interpreter – Cert. # 06-005.*

Ex Comp B

Yo Lauro Benjamín Alvarez Espinales de nacionalidad ecuatoriana C.I 130540444-2 certifico que el Sr. Alberto Bienvenido Molina Pico de C.I 130866072-7, como una persona honorable, honrada, humilde y responsable. Especialmente con su familia, en honor a la verdad de muy pocos Recursos Económicos.

Por este motivo hago esta referencia por el percance que estamos pasando en Ecuador, su familia más que nunca lo necesita, sus hijos y esposa han perdido sus pertenencias, por eso pediría solidaridad con mi recomendación.

ATT.

*Lauro Alvarez*
Lauro Alvarez E.

C.I 130540444-2



Manta 27 de abril de 2016

Yo, Ángel Rafael Macías pico con CL. 130154972-9 certifico conocer al sr. Alberto bienvenido molina pico con CL 130866072-7. como una persona muy honrada, responsable, que desde su corta edad que lo conozco hace 20 años ha sabido llevar con el cargo de su madre ya que el creció sin padre ; el trabajo desde 14 años para poder sustentar a la mama, la cual no tiene casa propia y él es el único que la ayuda a ella ; en la actualidad tiene su familia que necesita del ya que él es el único que trabaja ; y daba para los gastos y para el alquiler del hogar tuvo que trasladarse a otra ciudad en busca de trabajo, la cual no le fue también porque le robaron lo poco que tenía para trabajar todo los materiales de pesca, el señor es de bajo recursos, es muy buena persona desde su niñez el ayudaba en lo que podía, a los vecino, amigos siempre estaba atento en todo, no tenía vicios ahora su mama lo necesita más que nunca está enferma de salud no tiene quien la sustente y con el terremoto sucedido en ecuador A Manabí –manta la casa de ella se derrumbo

La familia lo necesita, sus hijos lloran al no saber de él y no poder tenerlos con ellos

Por lo tanto se autoriza al Sr. Alberto bienvenido molina pico, para que de la presente se haga uso conveniente a sus intereses

-Por favor tomen en cuenta eso

Atte.

*Ángel Macías*

Montecristi, 27 de abril de 2016

ExCompB

# CERTIFICADO DE HONORABILIDAD

Por medio del presente:

Yo, **María Magdalena Macías Mera** de Nacionalidad Ecuatoriana, con cédula de identidad **130449470-9** con **66 años** de edad hago constar que conozco al Señor **Alberto Bienvenido Molina Pico** titular de la cédula de identidad **130866072-7** y con domicilio en la Ciudad de Manta, Parroquia Los Esteros, Ciudadela La Pradera.

Por el conocimiento que tengo de conocerlo desde que era niño, certifico que se trata de una persona de prestigio, seria, responsable y con alto grado de honorabilidad, el desde muy pequeño ha sido el sustento de su familia, fue criado al lado de su madre, porque no contó con el apoyo de su padre.

Le tocamos su alto espíritu de generosidad, pidiéndole en estos momentos por lo que está pasando nuestro país Ecuador, por el terremoto acontecido el 16 de Abril del 2016 que dejo a nuestra ciudad devastada, ya que es una familia de escasos recursos económicos y el Sr. Alberto Molina es la cabeza principal de la familia quien está a cargo de su señora madre, su esposa e hijos quienes en estos momentos más que nunca lo necesitan.

La persona suscrita puede hacer uso de este documento como ha bien tuviere.

Atentamente;

*[firma]*

**María Magdalena Macías Mera**
C.I. 130449470-9

nacionalidad Ecuatoriana.

Me hayo presente a respaldar y a dar mi conocimiento del Señor y padre de familia a la vez de Alberto Bienvenido Molina Pico C.I 130866072-7, Lo conozco desde hace 10 años y aseguro que es un hombre de bien y luchador por sus seres amado, lo sucedido de él me cayó de sorpresa porque lo conozco y jamás pensé la situación que estaba pasando en Recurso Económicos y en enfermedades de sus hijos no lo juzgo porque es un buen vecino y lo que el hiso, lo hiso quizás por la situación que está pasando y se dejó llevar por las malos consejos de las malas personas él es una persona seria honrada y me costó mucho creer que hallar sito de su voluntad él no es de esas personas eso lo aseguro porque es colaboradora con los vecinos y pido que lo puedan ayudar más que ahora por lo sucedido del terremoto de ecuador por la tragedia y las pertenencias que perdió su familia y ahora más que nunca lo necesita su esposa e hijos ayúdelo se lo pido

ATT.

*Letty Macías*
_____
Letty Elizabeth Macías M.

C.I 130484903-5

ExCompB

Yo **IVÁN ALIRIO MOREIRA MERA** con c.i **130960020-1** certifico conocer al Sr. **ALBERTO BIENVENIDO MOLINA PICO** con c.i **130866072-7** como una persona muy responsable con asunto de su hogar, su amistad, trabajo donde para darle cada día el sustento a su familia laboraba en la pesca, ayudando también a la mamá Sra. **IRMINA PICO** donde se encuentra enferma de salud.

El Sr Alberto Molina no tiene terreno ni casa propia, porque lo poco que ganaba era para el sustento de su familia (esposa, hijos y mamá).

Doy fe de su sencillez es muy buena persona, compañero, donde cuando tenía libre u ocupado siempre ayudaba en cualquier cosa, ya sea a los vecinos, o a personas sin conocerlas, siempre daba su hombro para ayudar, era muy humanitario, el no tenía vicios todo lo que hacía era por su familia es un amor único, siempre estaba en cada evento de sus hijos hacía siempre l forma de asisitir con su esposa a la escuela donde sus hijos participaban en eventos donde era muy feliz al ver de sus sonrisas de sus niños.

Sencillamente el Sr. Alberto Molina es una persona muy sencilla y de gran corazón, una persona muy querida a la cual extrañamos mucho y en especial su familia.

Sus hijos lo necesitan su esposa, madre están muy desolado su sonrisa ya no es la misma.

Por favor tomen en cuenta esto

Gracias


Atte.

_____
130960020-1


[Ex Comp B]